AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00417 |
| William Jason Sywak | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 5/7/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* William Jason Sywak,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading on Capitol Grounds.

Date: 05/07/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.07 12:14:10 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/7/21, and the person was arrested on *(date)* 5/19/21
at *(city and state)* Arcade, New York.

Date: 5/20/21

*Arresting officer's signature*

Special Agent Joseph Butterworth
*Printed name and title*